1
2
3
4        *E-FILED - 5/11/10*
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11  JAMES LUCIUS OLIVER,                    No. C 09-3840 RMW (PR)
12            Plaintiff,                     ORDER GRANTING PLAINTIFF'S
                                             MOTION FOR EXTENSION OF TIME
13       v.                                  TO FILE OPPOSITION TO
                                             DEFENDANTS' MOTION TO DISMISS
14  C. NOLL, Chief Deputy Warden, et al.,
15            Defendants.
16  _____/       (Docket No. 63)
17

18        Plaintiff has filed an motion for an extension of time in which to file his opposition to
19  defendants' motion to dismiss.  The court concludes that plaintiff has shown good cause for
20  such extension.  Accordingly, plaintiff's motion for an extension of time (docket no. 63) is
21  GRANTED.  Plaintiff shall file his opposition, and serve a copy on defendants' counsel,
22  **within sixty (60) days** of the date of this order.  Defendants shall file a reply brief no later
23  than **fifteen (15) days** after the date plaintiff's opposition is filed.
24        IT IS SO ORDERED.
25  DATED: _5/11/10_____
                                             *Ronald M. Whyte*
26                                           RONALD M. WHYTE
                                             United States District Judge
27
28

Order Granting Plaintiff's Motion for Extension of time to File Opposition to Defendants' Motion to Dismiss
P:\PRO-SE\SJ.Rmw\CR.09\Oliver840.EOT-OPP.wpd