*E-FILED - 5/20/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUCIUS OLIVER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. NOLL, Warden, et al.,<br><br>　　　　Defendants. | No. C 09-3840 RMW (PR)<br><br>ORDER DISMISSING DEFENDANTS WINLEN, MEISNER AND LVN LINDSEY |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. §1983. The court ordered service of plaintiff's complaint.

　　　　In a court order dated March 25, 2010, the court advised plaintiff that it was his responsibility to provide the court with information necessary to identify defendants Winlen, Meisner and LVN Lindsey, also known as Adora Anih. In that order, the court directed plaintiff to provide such information to effectuate service, or face dismissal of the unserved defendants within thirty days. See Fed. R. of Civ. P. 4(m). More than thirty days have passed, and plaintiff has not provided the court with any further information for defendants Winlen, Meisner or LVN Lindsey, nor has he demonstrated "good cause" for such failure. See Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994).

1  Accordingly, defendants Winlen, Meisner and LVN Lindsey, are DISMISSED
2 without prejudice.
3  IT IS SO ORDERED.
4 DATED: __5/20/10_____    /s/ Ronald M. Whyte
    RONALD M. WHYTE
5    United States District Judge

Order Dismissing Defendants Winlen, Meisner and LVN Lindsey
P:\PRO-SE\SJ.Rmw\CR.09\Oliver840.4mDismissal.wpd

2