**E-FILED on 9/23/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUCIUS OLIVER, | No. C 09-3840 RMW (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |
| v. | |
| WARDEN C. NOLL, et al., | |
| Defendants. | (Docket No. 87) |

Plaintiff, proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court is defendants' motion to change time to file a dispositive motion.

On May 16, 2011, defendants filed a motion asking the court to grant an extension to file their dispositive motion by July 15, 2011. Defendants filed their motion to dismiss on July 15, 2011.

The court GRANTS defendants' motion to change time to file a dispositive motion. Defendants' motion to dismiss is deemed timely filed. Plaintiff's opposition to the motion to dismiss is due no later than **thirty (30) days** from the date this order is filed. Defendants shall file a reply brief **fifteen (15) days** thereafter.

This order terminates docket no. 87.

IT IS SO ORDERED.

Dated: 9/23/11

RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Motion to Change Time to File a Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.09\Oliver840.EOT-dm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUCIUS OLIVER,<br><br>        Plaintiff,<br><br>   v.<br><br>CHIEF DEPUTY WARDEN et al,<br><br>        Defendant. | Case Number: CV09-03840 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Lucius Oliver P-11301
Soledad State Prison (C.T.F.) North
Facility B, Lassen A, 116 Lower
P.O. Box 705
Soledad, CA 93960

Dated: September 23, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk