IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES LUCIUS OLIVER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>C. NOLL, et al.,<br><br>　　　　　　　　　　　　Defendants. | C 09-3840 RMW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

Defendants Gallegos, Medina, and Variz (Defendants) have filed a request for an extension of time of time of fourteen days days, up to and including, **September 14, 2011,** in which to file a reply to Plaintiff James Lucius Oliver's opposition to Defendants' dispositive motion. This Court has reviewed Defendants' request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **September 14, 2011** to file a reply to Oliver's opposition to Defendants' dispositive motion.

Dated: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1

[Proposed] Order Granting Defs.' Mot. Change Time  (C 09-3840 RMW)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUCIUS OLIVER,<br><br>              Plaintiff,<br><br>    v.<br><br>CHIEF DEPUTY WARDEN et al,<br><br>              Defendant.<br>_____/ | Case Number: CV09-03840 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Lucius Oliver P-11301
Soledad State Prison (C.T.F.) North
Facility B, Lassen A, 116 Lower
P.O. Box 705
Soledad, CA 93960

Dated: October 20, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk